**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JARED ANDERS YODER | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | Case No. 17-17962 |

**PRAECIPE TO WITHDRAW**

Please withdraw the debtors' Objection to Proof of Claim #1 filed by in the within case.

Respectfully submitted,

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Movant
Attorney I.D. No. 38505
107 West Main Street
Ephrata, PA 17522

Date:   April 2, 2018