United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-17962-ref
Jared Anders Yoder                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Mar 18, 2019
                              Form ID: pdf900        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
```
db             +Jared Anders Yoder,    542 Chester Street,    Lancaster, PA 17602-4459
cr             +Goldman Sachs Mortgage Company,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Jared Anders Yoder sommersesq@aol.com,   kjober@ptd.net
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JARED ANDERS YODER | : | Chapter 13 |
| | : | |
| | : | Bk No.: 17-17962-REF |
| Debtor(s) | | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the First Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED for $4,018.00 in compensation and $316.88 in reimbursement of actual, necessary expenses, for a total amount of $4,334.88 of which $2,810.00 was paid prior to filing of the petition.

BY THE COURT:

**Date: March 18, 2019**

_____
U.S. Bankruptcy Judge