Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-17962-PMM

JARED ANDERS YODER  
542 CHESTER STREET  
LANCASTER  PA    17602

Petition Filed Date: 11/28/2017  
341 Hearing Date: 02/06/2018  
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $1,931.56 | | 02/27/2019 | $1,931.56 | | 03/27/2019 | $1,931.56 | |
| 04/29/2019 | $1,931.56 | | 05/28/2019 | $1,931.56 | | 07/08/2019 | $1,931.56 | Monthly Plan P |
| 07/25/2019 | $1,931.56 | | 09/05/2019 | $1,931.56 | Monthly Plan P | 10/01/2019 | $1,931.56 | |
| 10/31/2019 | $1,931.56 | | 12/03/2019 | $1,931.56 | | 01/02/2020 | $1,931.56 | |
| 02/04/2020 | $1,931.56 | | 03/09/2020 | $1,931.56 | | 03/30/2020 | $1,931.56 | |
| 04/23/2020 | $1,931.56 | | 05/29/2020 | $1,931.56 | | 06/29/2020 | $1,931.56 | |
| 07/27/2020 | $1,931.56 | | | | | | | |

**Total Receipts for the Period:  $36,699.64    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $54,960.36**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,237.51 | $0.00 | $1,237.51 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $1,686.07 | $1,686.07 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $472.80 | $0.00 | $472.80 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,696.48 | $1,696.48 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $411.75 | $0.00 | $411.75 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»» 001 | Mortgage Arrears | $87,615.30 | $41,963.78 | $45,651.52 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Mortgage Arrears | $3,392.00 | $1,624.62 | $1,767.38 |
| 6 | MITCHELL A SOMMERS ESQ<br>»» 006 | Attorney Fees | $1,524.88 | $1,524.88 | $0.00 |

**Chapter 13 Case No. 17-17962-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,960.36 | Current Monthly Payment: | $1,931.56 |
| Paid to Claims: | $48,495.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,726.13 | Total Plan Base: | $109,044.04 |
| Funds on Hand: | $1,738.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.