| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-17962-PMM**

JARED ANDERS YODER
542 CHESTER STREET
LANCASTER PA  17602

Petition Filed Date: 11/28/2017
341 Hearing Date: 02/06/2018
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $1,931.56 | | 02/04/2020 | $1,931.56 | | 03/09/2020 | $1,931.56 | |
| 03/30/2020 | $1,931.56 | | 04/23/2020 | $1,931.56 | | 05/29/2020 | $1,931.56 | |
| 06/29/2020 | $1,931.56 | | 07/27/2020 | $1,931.56 | | 08/31/2020 | $1,931.56 | |
| 09/29/2020 | $1,931.56 | | 10/26/2020 | $1,931.56 | | 12/02/2020 | $1,931.56 | |
| 01/04/2021 | $1,931.56 | | 02/01/2021 | $1,931.56 | | 03/01/2021 | $1,931.56 | |
| 03/29/2021 | $1,931.56 | | 04/27/2021 | $1,931.56 | | 06/01/2021 | $1,931.56 | |

**Total Receipts for the Period: $34,768.08    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $74,275.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $1,237.51 | $0.00 | $1,237.51 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $1,686.07 | $1,686.07 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $472.80 | $0.00 | $472.80 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,696.48 | $1,696.48 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $411.75 | $0.00 | $411.75 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»» 001 | Mortgage Arrears | $87,615.30 | $59,090.41 | $28,524.89 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Secured Creditors | $3,392.00 | $2,287.64 | $1,104.36 |
| 6 | MITCHELL A SOMMERS ESQ<br>»» 006 | Attorney Fees | $1,524.88 | $1,524.88 | $0.00 |

**Chapter 13 Case No. 17-17962-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $74,275.96 | Current Monthly Payment: | $1,931.56 |
| Paid to Claims: | $66,285.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,252.08 | Total Plan Base: | $109,044.04 |
| Funds on Hand: | $1,738.40 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.