| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17962-PMM**

JARED ANDERS YODER
542 CHESTER STREET
LANCASTER  PA    17602

Petition Filed Date: 11/28/2017
341 Hearing Date: 02/06/2018
Confirmation Date: 11/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $1,931.56 | | 06/01/2021 | $1,931.56 | | 06/29/2021 | $1,931.56 | |
| 07/26/2021 | $1,931.56 | | 08/31/2021 | $1,931.56 | | 09/30/2021 | $1,931.56 | |
| 10/29/2021 | $1,931.56 | | 11/30/2021 | $1,931.56 | | 12/29/2021 | $1,931.56 | |
| 01/31/2022 | $1,931.56 | | 03/02/2022 | $1,931.56 | | 03/29/2022 | $1,031.56 | |
| 04/29/2022 | $1,931.56 | | 06/02/2022 | $1,931.56 | | 07/12/2022 | $1,931.56 | |
| 08/01/2022 | $1,931.56 | | | | | | | |

**Total Receipts for the Period:  $30,004.96    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $100,417.80**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $1,237.51 | $0.00 | $1,237.51 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $1,686.07 | $1,686.07 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $472.80 | $0.00 | $472.80 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03P | Priority Crediors | $1,696.48 | $1,696.48 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03U | Unsecured Creditors | $411.75 | $0.00 | $411.75 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»»  001 | Mortgage Arrears | $87,615.30 | $82,058.54 | $5,556.76 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»»  005 | Secured Creditors | $3,392.00 | $3,176.87 | $215.13 |
| 6 | MITCHELL A SOMMERS ESQ<br>»»  006 | Attorney Fees | $1,524.88 | $1,524.88 | $0.00 |

**Chapter 13 Case No. 17-17962-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $100,417.80 | Current Monthly Payment: | $1,931.56 |
| Paid to Claims: | $90,142.84 | Arrearages: | $900.00 |
| Paid to Trustee: | $8,497.92 | Total Plan Base: | $109,044.04 |
| Funds on Hand: | $1,777.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.