United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jared Anders Yoder  
    Debtor

Case No. 17-17962-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 20, 2022      Form ID: 138OBJ      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jared Anders Yoder, 542 Chester Street, Lancaster, PA 17602-4459 |
| 14019391 | + | Anesthesia Associates of Lancaster, LTD, PO Box 783068, Philadelphia, PA 19178-3068 |
| 14019393 | + | Demetrius and Rachel Yoder, 12735 Kuykendall Lane, Amarillo, TX 79119-2702 |
| 14019395 | + | Jack L. McSherry Jr., Inc., 150 Indian Hill Road, Conestoga, PA 17516-9736 |
| 14019396 | | Lancaster Emergency Assoc, PO Box 417113, Boston, MA 02241-7113 |
| 14019397 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14019398 | | Lancaster Radilogy Assoc., PO Box 3216, Lancaster, PA 17604-3216 |
| 14019399 | | MRI Group, PO Box 3088, Lancaster, PA 17604-3088 |
| 14019400 | | PA Department of Revenue, Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14019394 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14045166 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14019401 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 21 2022 00:08:00 | Specialized Loan Servicing, 8742 Lucent Blvd, STE 300, Littleton, CO 80129-2386 |
| 14205343 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 21 2022 00:08:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14548196 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 21 2022 00:08:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14024174 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 21 2022 00:08:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14019402 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 21 2022 00:08:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14069490 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:14:57 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 19 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14534140 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14100324 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14019392 | ##+ | Cross Keys Rentals, LLC, 184 Newport Road, Leola, PA 17540-1825 |
| 14289538 | ##+ | Mitchell A. Sommers, Esquire, 107 West Main Street, Ephrata, PA 17522-2014 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association et al... bkgroup@kmllawgroup.com |
| MITCHELL A. SOMMERS | on behalf of Debtor Jared Anders Yoder msommers@ptd.net  kjober@ptd.net |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jared Anders Yoder

    Debtor(s)                                              Case No: 17−17962−pmm

                                                                              Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

               United States Bankruptcy Court
           Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                   Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22